IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:05-CV-01535-OWW-TAG-HC |
| Petitioner, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 22) |
| J. WOODFORD, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 17) |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 19, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed because Petitioner had failed to comply with the Court's order regarding submission of a new in forma pauperis application or payment of the filing fee. (Doc.22). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed July 19, 2006 (Doc. 22), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 17), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   November 30, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE